IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHAN LERNER,** : | |
| *Plaintiff*, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-4157** |
| : | |
| **CITY AND COUNTY OF** : | |
| **PHILADELPHIA,** : | |
| *Defendant.* : | |

## ORDER

**AND NOW**, this **5th** day of **September, 2024**, upon consideration of Plaintiff Nathan Lerner's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, J.**